IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **VINCENT STRAIN, 1887429,** § <br> **ID #126087674,** § <br> § <br> Plaintiff, § <br> v. § <br> § <br> **MTC EAST TEXAS TREATMENT** § <br> **FACILITY AND DALLAS COUNTY** § <br> **JAIL,** § <br> § <br> Defendants. § | Civil Action No. **3:14-CV-595-L** |

## ORDER

This case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 20, 2014, recommending that (1) Plaintiff's claims against Dallas County Jail, under 42 U.S.C. § 1983, be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2); and (2) Plaintiff's claims of improper medical treatment against MTC East Texas Treatment Facility be transferred to the United States District Court of the Eastern District of Texas, Tyler Division, where Plaintiff is incarcerated. As of the date of this order, no objections to the Report were received by the court.

After considering the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** Plaintiff's claims under section 1983 against Dallas County Jail as frivolous pursuant to 28 U.S.C. § 1915(e)(2), and **transfers** Plaintiff's claims of improper medical treatment against MTC East Texas Treatment Facility to the Eastern District of Texas, Tyler Division, where Plaintiff is incarcerated. Further, the court expressly determines,

Order – Page 1

pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason to delay the entry of final judgment in this case as to Defendant Dallas County Jail and **directs** the clerk of the court to enter this final judgment as to this Defendant.

    **It is so ordered** this 14th day of April, 2014.

    Sam A. Lindsay
    United States District Judge